IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

UNITED STATES OF AMERICA

v.  CASE NO.: 1:09cr37-SPM

SAMIM ANGHAIE,

    Defendant.

_____/

## ORDER GRANTING AUTHORIZATION FOR TRAVEL

This cause comes before the Court on Defendant Samim Anghaie's Motion for Prior Authorization to Travel (doc. 204) and the Government's response in opposition (doc. 216).

Defendant is currently on bond pending appeal. He has abided by all of his release conditions. He is not a flight risk and he is not dangerous.

The Government opposes Defendant's travel request because Defendant is not required to attend the American Nuclear Society Oversight Committee meeting or the United States Nuclear Regulatory Information Conference. The meetings, however, are legitimate, professional activities. Accordingly, it is

ORDERED AND ADJUDGED:

1.    The Motion for Prior Authorization to Travel (doc. 204) is granted.

2. Defendant Samim Anghaie may travel to attend the United States Nuclear Regulatory Information Conference and the American Nuclear Society Oversight Committee meeting in accordance with the itinerary set forth in his motion.

DONE AND ORDERED this 13th day of February, 2012.

*s/ Stephan P. Mickle*
Stephan P. Mickle
Senior United States District Judge

CASE NO.: 1:09cr37-SPM